**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TRENT NICHOLS and SHARON NICHOLS, derivatively on behalf of COCRYSTAL PHARMA, INC. F/K/A BIOZONE PHARMACEUTICALS, INC., | Case No.: 2:19-cv-16751-KM-JBC |
| Plaintiffs, | |
| vs. | **NOTICE OF TRENT NICHOLS AND SHARON NICHOLS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |
| ELLIOTT MAZA, GARY WILCOX, JEFFREY MECKLER, GERALD MCGUIRE, JAMES MARTIN, CURTIS DALE, RAYMOND SCHINAZI, DAVID BLOCK, PHILLIP FROST, JANE H. HSIAO, STEVEN RUBIN, BRIAN KELLER, BARRY C. HONIG, JOHN STETSON, MICHAEL BRAUSER, JOHN O'ROURKE III, MARK GROUSSMAN, and JOHN H. FORD, | |
| Defendants, | |
| and | |
| COCRYSTAL PHARMA, INC. F/K/A BIOZONE PHARMACEUTICALS, INC., | |
| Nominal Defendant. | |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support

of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement; the accompanying

Declaration of Timothy Brown and exhibits thereto, including the Stipulation and Agreement of

Settlement by and between the parties named herein (the "Stipulation"); and upon all prior papers

and proceedings herein, Plaintiffs Trent Nichols and Sharon Nichols (the "Nichols Plaintiffs") will

move this Court, before the Honorable Kevin McNulty, at the Martin Luther King Building & U.S.

1

Courthouse, located at 50 Walnut Street Room 4015, Newark, NJ 07101, on a date and at a time designated by the Court, pursuant to Federal Rule of Civil Procedure 23.1, for entry of the accompanying [Proposed] Order Preliminarily Approving Derivative Settlement and Providing for Notice (the "Preliminary Approval Order") (a copy of which is attached as Exhibit C to the Stipulation), which will: (i) preliminarily approve the settlement embodied by the Stipulation (the "Settlement"); (ii) approve the form, substance, and requirements of the proposed form of notice to the shareholders of Cocrystal Pharma, Inc. (the "Notice"); (iii) set a schedule for dissemination of the Notice, submission of papers regarding the Settlement and any related award of attorneys' fees and expenses, and a hearing on the Settlement and; (iv) for such other and further relief as this Court may deem just and proper.

Dated:  September 4, 2020                    Respectfully submitted,

                                             **PAWAR LAW GROUP, P.C.**

                                             */s/ Vik Pawar*
                                             Vik Pawar
                                             20 Vesey Street, Suite 1210
                                             New York, NY 10007
                                             Telephone: (212) 571-0805
                                             Facsimile: (212) 571-0938
                                             Email: vik@pawarlaw.com

                                             **THE BROWN LAW FIRM, P.C.**
                                             Timothy Brown (*Pro Hac Vice Forthcoming*)
                                             240 Townsend Square
                                             Oyster Bay, NY 11771
                                             Telephone: (516) 922-5427
                                             Facsimile: (516) 344-6204
                                             Email: tbrown@thebrownlawfirm.net

                                             *Counsel for Plaintiffs Trent Nichols and Sharon Nichols*

2